# UNITED STATES DISTRICT COURT
## WESTERN DISTRICT OF TEXAS
## SAN ANTONIO DIVISION

| | |
|---|---|
| USA<br>*Plaintiff*<br><br>vs.<br><br>(1) Luis Gerardo Mendez-Estevaney<br>*Defendant* | §<br>§<br>§<br>§  Case Number: SA:25-M -00318(1)<br>§<br>§ |

## ORDER SETTING IDENTITY / DETENTION HEARING

IT IS HEREBY ORDERED that the above entitled and numbered case is set for **09:30 AM, in Courtroom A, on the 2nd Floor of the United States Federal Courthouse, 262 W. Nueva Street, San Antonio, TX on Wednesday, March 05, 2025.**

IT IS FURTHER ORDERED that the Clerk of Court shall send a copy of this order to the defendant, counsel for defendant, the United States Attorney, U.S. Pretrial Services, United States Probation Office. Further, counsel for the defendant shall notify the defendant of this setting. If the defendant is on bond, he/she shall be present.

IT IS SO ORDERED this **28th day of February, 2025.**

_____
ELIZABETH S. ("BETSY") CHESTNEY
UNITED STATES MAGISTRATE JUDGE

# UNITED STATES DISTRICT COURT
## WESTERN DISTRICT OF TEXAS
## SAN ANTONIO DIVISION

| | |
|---|---|
| USA | § |
| | § Case No: SA:25-M-00318(1) |
| vs. | § |
| | § Charging District's Case No. : 3:10-CR-2213 |
| (1) Luis Gerardo Mendez-Estevaney | § |
| *Defendant* | § |

### WAIVER OF RULE 5 & 5.1 HEARINGS
(Complaint or Indictment)

I understand that I have been charged in another district, the Western District of Texas - El Paso

I have been informed of the charges and of my rights to:

(1) retain counsel or request the assignment of counsel if I am unable to retain counsel;

(2) an identity hearing to determine whether I am the person named in the charges;

(3) production of the warrant, a certified copy of the warrant, or a reliable electronic copy of either;

(4) a preliminary hearing to determine whether there is probable cause to believe that an offense has been committed, to be held within 14 days of my first appearance if I am in custody and 21 days otherwise, unless I have been indicted beforehand.

(5) a hearing on any motion by the government for detention;

(6) request a transfer of the proceedings to this district under Fed. R. Crim. P. 20, to plead guilty.

I agree to waive my right(s) to:

( ) an identity hearing and production of the warrant.

( ) a preliminary hearing in this district.

( ) a detention hearing in this district.

I consent to the issuance of an order requiring my appearance in the prosecuting district where the charges are pending against me.

Date: _____    _____
*Defendant's signature*

_____
*Signature of defendant's attorney*

_____
*Printed name of defendant's attorney*