# UNITED STATES DISTRICT COURT
## WESTERN DISTRICT OF TEXAS
## SAN ANTONIO DIVISION

USA

vs.

(1) Luis Gerardo Mendez-Estevaney
*Defendant*

Case No: SA:25-M-00318(1)

Charging District's Case No.: 3:10-CR-2213

## WAIVER OF RULE 5 & 5.1 HEARINGS
### (Complaint or Indictment)

I understand that I have been charged in another district, the Western District of Texas - El Paso

I have been informed of the charges and of my rights to:

(1) retain counsel or request the assignment of counsel if I am unable to retain counsel;

(2) an identity hearing to determine whether I am the person named in the charges;

(3) production of the warrant, a certified copy of the warrant, or a reliable electronic copy of either;

(4) a preliminary hearing to determine whether there is probable cause to believe that an offense has been committed, to be held within 14 days of my first appearance if I am in custody and 21 days otherwise, unless I have been indicted beforehand.

(5) a hearing on any motion by the government for detention;

(6) request a transfer of the proceedings to this district under Fed. R. Crim. P. 20, to plead guilty.

I agree to waive my right(s) to:

(✓) an identity hearing and production of the warrant.

(✓) a preliminary hearing in this district.

(✓) a detention hearing in this district.

I consent to the issuance of an order requiring my appearance in the prosecuting district where the charges are pending against me.

Date: 3-4-25

X _____
*Defendant's signature*

_____
*Signature of defendant's attorney*

DAvid Dilley
*Printed name of defendant's attorney*